UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 MAY -9 PM 3: 40
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. |
| Plaintiff. | § § § | A17 CR 190 LY |
| | § | INFORMATION |
| v. | § § | |
| JONATHAN SCOTT FLUEGEL, | § § | [Vio: 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) – Possession of Child Pornography |
| Defendant. | § | (Enhanced)] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Possession of Child Pornography (Enhanced)
[18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)]

From in or about February 2015, through on or about February 25, 2016, in the Western District of Texas, Defendant,

**JONATHAN SCOTT FLUEGEL**

did knowingly possess, and did knowingly access with intent to view, material, namely, one or more computer hard drives and data storage media, which contained child pornography that had been mailed and had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and that had been shipped and transported in interstate commerce and foreign commerce, including by computer.

1. The child pornography consisted of one or more visual depictions of sexually explicit conduct, to wit:  genital-genital, oral-genital, and anal-genital sexual intercourse;

masturbation; sadistic and masochistic abuse; and the lascivious exhibition of the genitals and pubic area of a person;

2. The production of each visual depiction involved the use of one or more minors engaging in sexually explicit conduct;

3. Each visual depiction was a digital image and computer image of a minor engaging in sexually explicit conduct;

4. One or more images of child pornography involved in the offense involved a prepubescent minor who had not attained 12 years of age; and

5. The visual depictions included, but were not limited to, one or more of the following images and videos of child pornography:

| File Name (full or partial) | Description |
|---|---|
| _577.jpg | Still image depicting a nude female minor engaging in masturbation and lascivious exhibition of the genitals. |
| 3614512[…].jpg | Still image depicting a female minor under the age of 12 years engaging in genital-genital sexual intercourse with a male. |
| 50bfcdfb[…].jpg | Still image depicting a female minor engaging in anal-genital sexual intercourse with a male. |
| _977.jpg | Still image depicting a nude female minor engaging in lascivious exhibition of the genitals. |
| Bdb2ad[…].jpg | Still image depicting a female minor under the age of 12 years engaging in lascivious exhibition of the genitals. |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
MATTHEW DEVLIN
Assistant United States Attorney